IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BARTLETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A'GACI, LLC,<br><br>　　　　Defendant.<br>_____/ | No. C 13-01591 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 8, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 18, 2014.

DESIGNATION OF EXPERTS: 7/1/14; REBUTTAL: 7/21/14.
　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 29, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by May 9, 2014;

　Opp. Due May 23, 2014; Reply Due May 30, 2014;

　and set for hearing no later than June 13, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 28, 2013 at 3:30 PM.

JURY TRIAL DATE: November 12, 2014 at 8:30 AM.,
　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall exchange initial disclosures on 7/30/13.
By 8/9/13, counsel shall inform the Court of the type of ADR process that they will participate in. The ADR process shall be completed by the end of 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/23/13

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge