GARY R. BASHAM (SBN 130119)
STEPHANIE S. JUNG (SBN 250302)
BASHAM LAW GROUP
1990 N. California Boulevard, Suite 530
Walnut Creek, CA 94596
Telephone: (925) 939-3365
Facsimile: (925) 939-7733

Attorneys for Defendant,
A'GACI LLC

*IT IS SO ORDERED*
*/s/ Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BARTLETT,<br><br>Plaintiff,<br><br>v.<br><br>A'GACI, LLC, and DOES ONE THROUGH TWENTY, inclusive,<br><br>Defendant. | Case No. 3:13-cv-01591-SI<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE PENDING DISMISSAL**<br><br>The case management conference is continued to FRIDAY, APRIL 4, 2014 AT 3 P.M. |

TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:

The parties entered into a settlement of the entire case on or about February 13, 2014. In view of the pending settlement, Defendant respectfully requests that the Court take off calendar the Case Management Conference scheduled for March 14, 2014 at 3:00 p.m. Defendant anticipates that a Stipulation and Request for Dismissal with Prejudice regarding the entire action will be filed on or before April 1, 2014.

Dated: February 26, 2014                     BASHAM LAW GROUP

By: */s/ Gary R. Basham*
  GARY R. BASHAM
  STEPHANIE S. JUNG

Attorneys for Defendant
A'GACI LLC

4817-0316-7257, v. 1