```
RAND L. STEPHENS, SBN 117229
LAW OFFICES OF RAND L. STEPHENS
1155C Arnold Dr. #278
Martinez, CA  94553-4104
(510)232-9335
Fax: (866) 475-8596
Email: rand@randslaw.com

RICHARD N. KOSS, SBN 251351
LAW OFFICES OF RICHARD N. KOSS
600 Allerton St. #202
Redwood City, CA  94063-1570
(650)722-7046
Fax: (650)592-3871
E-mail: richard@rkosslaw.com

Attorneys for Plaintiff:
PAMELA BARTLETT

GARY R. BASHAM (Bar No. 130119)
STEPHANIE S. JUNG (Bar No. 250302)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, CA  95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849


Attorneys for Defendant
A'GACI LLC
```

## U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAMELA BARTLETT,** | Case No.: CV 13-01591 SI |
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| **A'GACI, LLC**, and DOES ONE THROUGH TWENTY, inclusive, | Trial Date:   November 12, 2014<br>Case Filed:   December 11, 2012 |
| Defendants | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the above-captioned civil action hereby stipulate that Plaintiff Pamela Bartlett will dismiss this action with prejudice, with each party to bear her or its own respective costs and fees, in keeping with a

confidential settlement agreement and general release executed by the parties respectively on February 13, 2014.

Dated: April 1, 2014          LAW OFFICES OF RICHARD N. KOSS

*/s/ Richard N. Koss*
RICHARD N. KOSS, Attorney for
Plaintiff, PAMELA BARTLETT

Dated: April 1, 2014          BASHAM LAW GROUP

*/s/ Stephanie S. Jung*
STEPHANIE S. JUNG, Attorney for
Defendant, A'GACI, LLC

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this matter, including all parties and all causes of action, pursuant to the stipulation of the parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April __1__, 2014

_____
HONORABLE SUSAN ILLSTON
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL                                                                                          - 2
*Bartlett v. A'Gaci, LLC*                                                                          Case No. CV 13-01591-SI